## SU WAI vs. SOPER.

### APPEAL FROM ORDER OF DOLE, J.

HEARING, OCTOBER 20, 1890.　DECISION, NOVEMBER 4, 1890.

JUDD, C.J., McCULLY, BICKERTON, DOLE, JJ.

A motion to re-open a judgment of non-suit, made at the next term, is too late. The power of the Court over its judgments ceases upon the final adjournment of the term in which they are rendered.

### DECISION OF DOLE, J., APPEALED FROM.

A judgment of non-suit was entered in this cause in the July Term, by order of the Court, under Section 1163 of the Civil Code.

After the term had expired by adjournment *sine die*, the plaintiff filed his motion that the judgment be rescinded, with his affidavit explaining and justifying his non-appearance.

The explanation furnished by the affidavit may absolve the plaintiff from fault, but the motion should have been made before the end of the term. We have no statute conferring power upon Courts to vacate judgments except in the case of judgments by default. By the principles of the common law, the power of a Court over its judgments ceases upon the final adjournment of the term in which they are rendered.

The motion is therefore overruled.

### DECISION OF THE FULL COURT.

This matter having been submitted to us, we hereby affirm and adopt the decision and judgment of Mr. Justice Dole, appealed from.

*J. M. Davidson*, for plaintiff.

*C. W. Ashford*, for defendant.